# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                Case Number: 5:09-cr-39-Oc-10GRJ

**LOUIS POL a/k/a Louis Arce**

USM Number: #17332-016

Melanie Slaughter, Retained
2410 SE 36th Avenue
Ocala, FL   34471

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3, 4, 5, 6, 7, and 8 of the term of supervision.  The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Driving while license suspended revoked cancelled | 3/23/09 |
| 2 | Possession of heroin | 7/1/09 |
| 3 | Possession of drug paraphernalia | 7/1/09 |
| 4 | Positive urinalysis for opiates, specifically codeine, morphine and hydromorphone, in violation of Condition 7 of the Standard Conditions of Supervision | 8/7/08 |
| 5 | Positive urinalysis for opiates, specifically morphine, in violation of Condition 7 of the Standard Conditions of Supervision | 3/2/09 |
| 6 | Positive urinalysis for opiates, specifically morphine, in violation of Condition 7 of the Standard Conditions of Supervision | 5/20/09 |
| 7 | Possession of a controlled substance in violation of Condition 7 of the Standard Conditions of Release | 7/1/09 |
| 8 | Possession of drug paraphernalia in violation of Condition 7 of the Standard Conditions of Release | 7/1/09 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

AO 245B (Rev. 6/05) Judgment in a Criminal Case

If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: November 19, 2009

*[signature]*

UNITED STATES DISTRICT JUDGE

November 19, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 Months with no additional term of supervised release imposed.**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal